# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  KIM L. CONRAD  
2236 ARIZONA AVENUE   SSN-xxx-xx-9634  
ROCKFORD, IL  61108

Case Number: 04-74150

Case filed on: 8/19/2004  
Plan Confirmed on: 3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $18,216.40         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 999 | KIM L. CONRAD | 0.00 | 0.00 | 4.97 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 4.97 | 0.00 |
| 002 | GERARD & BEVERLY ZWICK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | M&I MARSHALL & ILSLEY BANK | 6,825.87 | 6,825.87 | 6,825.87 | 668.97 |
|  | Total Secured | 6,825.87 | 6,825.87 | 6,825.87 | 668.97 |
| 004 | CAPITAL ONE SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | SMC | 418.63 | 184.65 | 184.65 | 0.00 |
| 009 | CITY OF CHICAGO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 5,349.05 | 2,359.31 | 2,359.31 | 0.00 |
| 011 | MAYO EMPLOYEES CREDIT UNION | 2,858.55 | 1,260.82 | 1,260.82 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 5,245.97 | 2,313.84 | 2,313.84 | 0.00 |
| 013 | RESURGENT CAPITAL SERVICES | 3,904.63 | 1,722.22 | 1,722.22 | 0.00 |
| 014 | RETAILERS NATIONAL BANK | 360.57 | 159.04 | 159.04 | 0.00 |
|  | Total Unsecured | 18,137.40 | 7,999.88 | 7,999.88 | 0.00 |
|  | Grand Total: | 26,463.27 | 16,325.75 | 16,330.72 | 668.97 |

Total Paid Claimant:      $16,999.69  
Trustee Allowance:        $1,216.71           Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:       100.00          discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>07/30/2008</u>        By  <u>/s/Heather M. Fagan</u>